**COURT OF APPEAL, FIRST CIRCUIT**

**STATE OF LOUISIANA**

RE: Docket Number 2023-CA-0758

Willie J. Knox

- - Versus - -

American National Insurance Company, Marvin Schuyler
& Progressive Paloverde Insurance Company

19th Judicial District Court
Case #: 699871
East Baton Rouge Parish

On Application for Rehearing filed on 05/23/2024 by

Rehearing _____Denied_____

John Michael Guidry

Wayne Ray Chutz

Walter I. Lanier III

Date _____May 29, 2024_____

Rodd Naquin, Clerk